ILENE J. LASHINSKY (#003073)
United States Trustee

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2600
FAX:   (602) 514-7270
Email: Patty.Chan@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ACCIPITER COMMUNICATIONS, INC.<br><br>Debtor. | In Proceedings under Chapter 11<br><br>Case No.  2:14-bk-04372-GBN<br><br>**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

      1.    Olsson Frank Weeda Terman Matz, PC
            Attn: Stewart Fried
            600 New Hampshire Avenue, N.W.
            Washington, D.C. 20037
            Phone: (202) 518-6371
            Fax: (202) 234-3550
            Email: sfried@ofwlaw.com

      2.    One Call Locators, Ltd.
            Attn: Matthew Decker
            60 State Street, Suite 201
            Peoria, IL 61602

Phone: (309) 673-7648
Fax: (309) 673-7768
Email: accounting@elmllc.com

3. Talus Development Corporation
Attn: Stan Craft
1742 West Grant Street
Phoenix, AZ 85007
Phone: (602) 256-2565
Fax: (602) 256-2660
Email: stancraft@talusdevelopment.com

| | |
|---|---|
| Dated: April 22, 2014 | RESPECTFULLY SUBMITTED |
| | ILENE J. LASHINSKY<br>United States Trustee<br>District of Arizona |
| | /s/ PC  (#027115)<br>Patty Chan<br>Trial Attorney |

Copy of the foregoing emailed to the committee members and attorney for debtors on April 22, 2014:

Jordan A. Kroop
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix AZ 85012-2788
Email: JKroop@perkinscoie.com
Attorney for Debtor

/s/ CMP
Carol Popovich